IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT BRAMLETT, MELANY BRAMLETT, SHERRI ENSOR, and MARSHA MAXWELL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Case No.: 1:19-cv-1068-JRN |
| HOURGLASS MANAGEMENT CORPORATION AND INNOVATIVE FUNDING SERVICES CORPORATION, | § § § § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF MEDIATION

TO THE HONORABLE COURT:

Plaintiffs file this notice to inform the Court that the parties are scheduled to mediate the case on October 27, 2020, pursuant to the Court's September 25 Order (Document 35).

*Respectfully Submitted,*

*/s/ Matt Bachop*
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
DEATS DURST & OWEN, PLLC.
707 West 34th Street, Suite 3
Austin, Texas 78705
(512) 474-6200
(512) 474-7896 – Fax

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing document has been served on counsel for Defendants, Kayla D. Dreyer, kayla.dreyer@lewisbrisbois.com, Alice Conway Powers, alice.powers@lewisbrisbois.com, LEWIS BRISBOIS BISGAARD & SMITH LLP, 1700 Lincoln Street, Suite 4000, Denver, Colorado 80203, Fax: (303) 861-7767, by the Court's CM/ECF system on this 13th day of October, 2020.

              */s/ Matt Bachop*
              Matt Bachop